# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James S. Evans | CASE NUMBER |
| | 2:17-cv-07641 RGK(GJSx) |
| v.                          PLAINTIFF(S) | |
| | **ORDER RE TRANSFER PURSUANT** |
| Wal Mart Stores, Inc. | **TO GENERAL ORDER 16-05** |
| | **(RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 16-05.

_____October 24, 2017_____                         _____
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____                         _____
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   _____5:17-cv-01415 AB(KKx)_____   and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   _____Standish_____   to Magistrate Judge   _____Kato_____   .

On all documents subsequently filed in this case, please substitute the initials   _AB(KKx)_   after the case number in place of the initials of the prior judge, so that the case number will read   _2:17-cv-07641 AB(KKx)_   . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   ☐ *Previous Judge*    ☐ *Statistics Clerk*