| | |
|---|---|
| 1 | Shaun Setareh (SBN 204514) |
| 2 | SETAREH LAW GROUP<br>9454 Wilshire Boulevard, Suite 900 |
| 3 | Beverly Hills, California 90212<br>Telephone; 310.888.7771 |
| 4 | Facsimile: 310.888.0109<br>shaun@setarehlaw.com |
| 5 | Attorneys for Plaintiffs |
| 6 | JAMES S. EVANS and KEINEISHA SMITH |
| 7 | Robert J. Herrington (SBN 234417)<br>GREENBERG TRAURIG, LLP |
| 8 | 1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121 |
| 9 | Telephone: 310.586.7700<br>Facsimile: 310.586.7800 |
| 10 | herringtonr@gtlaw.com |
| 11 | Attorneys for Defendant WAL-MART STORES, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. EVANS and KEINEISHA SMITH on behalf of themselves, all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO.  2:17-cv-7641-AB-KK<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER**<br><br>JUDGE:  Hon. Andre Birotte, Jr. |

Having reviewed the Parties' Stipulated Protective Order and for good cause showing therefore, **IT IS SO ORDERED.**

Dated: March 21, 2019

_____
Honorable Kenly Kiya Kato
United States Magistratet Judge