Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
JAMES S. EVANS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES S. EVANS and KEINEISHA SMITH, on behalf of themselves, all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 2:17-cv-07641-AB-KK<br><br>Assigned For All Purposes To The Honorable Andre Birotté, Jr., Courtroom 7B<br><br>**DECLARATION OF SHAUN SETAREH IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE THE EXPERT REPORT OF DR. ELIZABETH HART NEWLON AND/OR BAR HER TRIAL TESTIMONY**<br><br>Date:    April 30, 2021<br>Time:   11;00 a.m.<br>Place:   Courtroom 7B<br><br>Action Filed:  September 13, 2017 |

# DECLARATION OF SHAUN SETAREH

I, Shaun Setareh, declare as follows:

1. I am an attorney at law admitted to practice before all of the Courts of the State of California. I am the principal at Setareh Law Group and counsel for Plaintiff James Evans ("Plaintiff") in this action against Defendant Wal-Mart Stores, Inc. ("Defendant"). I make this declaration upon personal knowledge and would competently testify to the matters set forth below if called to do so.

2. Mr. James Toney was retained solely to analyze the data provided by Walmart in order to calculate (1) the statutory penalties caused by Walmart's failure to provide paper wage statements; and (2) the PAGA penalties associated with the failure to provide its associates with an opportunity to elect paper wage statements.

3. Walmart did not serve its expert disclosure by the December 15, 2019 deadline.

4. Instead, on January 15, 2020, Walmart designated Dr. Elizabeth Hart Newlon as its rebuttal expert.

5. Attached as Exhibit 1 is a true and correct copy of James Toney's December 16, 2019 Expert Report ("Toney's First Report").

6. Attached as Exhibit 2 is a true and correct copy of James Toney's May 15, 2020 Expert Report ("Toney's Second Report").

7. Attached as Exhibit 3 is a true and correct copy of James Toney's July 6, 2020 Expert Report ("Toney's Third Report").

8. Attached as Exhibit 4 is a true and correct copy of Dr. Elizabeth Hart Newlon's January 15, 2020 Expert Report ("Newlon's First Report").

9. Attached as Exhibit 5 is a true and correct copy of Dr. Elizabeth Hart Newlon's July 6, 2020 Expert Report ("Newlon's Second Report").

10. Attached as Exhibit 6 is a true and correct copy of the Transcript of Dr. Elizabeth Hart Newlon's Deposition ("Newlon Deposition Transcript").

11. On February 12, 2021 at 5:47 p.m. I received an email from Walmart's counsel producing a report in Excel format that purports to detail the associates who were receiving electronic wage statements but subsequently switched to paper statements. A true and correct copy of this email is attached as Exhibit 7.

12. Due to the late production of the additional data, my office was unable to obtain an analysis from Mr. Toney regarding the data prior to Dr. Newlon's deposition.

13. Attached as Exhibit 8 is a true and correct copy of an excerpt from the transcript of the hearing on Walmart's Motion for Partial Summary Judgment and Motion for Decertification.

14. Attached as Exhibit 9 is a true and correct copy of an excerpt of the transcript of Diana McChristian's deposition.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on this 9th day of April, 2021, in Beverly Hills, California.

                                     */s/ Shaun Setareh*
                                     Shaun Setareh