# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | CV 17-07641-AB (KKx) | Date: | December 2, 2022 |
|---|---|---|---|

| Title: | James S. Evans v. Wal Mart Stores, Inc. |
|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Chaim Shaun Setareh | Naomi G. Beer |
| William Matthew Pao | Robert J. Herrington |

**Proceedings:**    PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [263]
(Video Conference-Zoom)

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.